OFFICE OF THE CLERCK                    16-CV-433-RAW
FEDERAL Courthouse
P.O. BOX 607
Muskogee, OK 74402-0607

RE: EDWARDS V. USA   NO. CV-00433-RAW

Due to the unfortunate circumstance I encountered with a unprofessional, rude staff member in the mail room, I was denied access to the courts to file my respons/reply to governmet response by the date I desired. I have provided the court with a copy of my complaint filed to the warden.

Defendant respctfully ask the courts to consider his condition in proceeding pro se.

FILED
MAR 17 2017
PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk

RESPECTFULLY SUBMITTED,
Maurice Edwards
#06176-063

RECEIVED
MAR 17 2017
PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk

TRULINCS 06176063 - EDWARDS, MAURICE ELON - Unit: ERE-A-A

---

FROM: 06176063
TO: Warden
SUBJECT: \*\*\*Request to Staff\*\*\* EDWARDS, MAURICE, Reg# 06176063, ERE-A-A
DATE: 03/13/2017 03:44:33 PM

To: LEGAL MAIL
Inmate Work Assignment: Chapel

Dear Warden,

I am writing you about a matter of great importance.

I was given a date of March 10, 2017, to file my Response to the Court (Eastern District of Oklahoma) to the Government's Motion against me, for my 2255 (Habeas Motion).

I proceeded to go to the Legal Mail window on March 9th, during the proper time (lunch move) to mail in my response. I had already been to the library, weighed my 5 page response, and put the proper postage on the envelope. When I arrived at the window, I asked Officer Kelly about the proper way to send a Certified mailing. He would not give me any instruction, nor information of how to do it. He also goaded me by asking why I waited so late to mail the response. He offered, nor responded to my questions at all, nor offered ANY assistance whatsoever.
Even with this being the circumstance, I did give Officer Kelly my mail, with the certified stickers attached, and also $4.20 of postage attached as well.

On the very next day, Friday, March 10th, I again went to the Legal window to ask Officer Kelly if there was any trouble with postage, or with the Certified stickers on my mail. He responded "well I haven't received anything back, so it must be fine." I told him that I wanted to send another copy of the motion through regular mail. I attempted to hand him the envelope, with the proper postage attached. He responded "it won't go out until Monday anyway." I decided to mail it in the A Unit because of his lack of assistance, help, or even willingness to do his job in any way, shape or fashion.

On Monday, March 13, TODAY, I received the mail back to me here in A Unit. Written in the corner next to my $4.20 in postage stamps was "add 2.33." The mail had CLEARLY never left the institution. It was NOT sent to the El Reno Post Office, and was simply sent back to the unit from he Mail Room TODAY.

Officer Kelly clearly obstructed my access to the Courts, and my ability to represent myself in legal action. I'm absolutely floored by this personal, unprofessional, unethical, and illegal action on the part of Officer Kelly. I am now sending my motion, along with this letter to you to the courts and the region, as to protect my Constitutional Rights to have access to the Courts, and the proper opportunity to defend myself.

I appreciate you reading my letter. I truly pray that you will change the person in the mail room. This is a very serious problem.

Maurice Edwards
06176-063